IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WHITSITT and THOMAS SHINE,** : <br> : <br> Plaintiffs,   : <br> : <br> v.   : <br> : <br> **COMCAST-SPECTACOR, L.P.,** : <br> : <br> Defendant.   : <br> : <br> : | **CIVIL ACTION** <br><br> **NO. 11-7842** |

# ORDER

**AND NOW**, this ____ day of July, 2014, upon consideration of Defendant's Motion for Reconsideration or, in the Alternative, for Certification of Interlocutory Appeal and Stay (Doc. 49), Plaintiffs' Response in Opposition thereto (Doc. 51), and Defendant's Reply in Support (Doc. 52), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Reconsideration is **GRANTED**. The Court's November 14, 2013 Order (Doc. 48) is **VACATED**. Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiffs' Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that the September 29, 2014 **TRIAL DATE CERTAIN** is **CANCELLED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**